# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2036

_____

David L. Hering,                                        *
                                                       *
                Appellant,                             *
                                                       *     Appeal from the United States
        v.                                             *     District Court for the
                                                       *     Southern District of Iowa.
Iowa State Patrol; Trooper Robert                      *
Smith; Trooper Michael McVeigh,                        *     [UNPUBLISHED]
                                                       *
                Appellees.                             *

_____

Submitted: August 7, 2009
Filed: August 13, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate David Hering appeals from the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. After de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir. 2007); *Allen v. Purkett*, 5 F.3d 1151, 1153 (8th Cir. 1993) (per curiam), we conclude the district court did not err in granting judgment in favor of appellees. We also conclude the court did not abuse its discretion in denying

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Hering leave to amend his complaint. *See Roberson v. Hayti Police Dep't*, 241 F.3d 992, 995 (8th Cir. 2001). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____